IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiff, ) | |
| ) | Case No.: 21-MJ-00657 |
| vs. ) | |
| ) | Colorado Case No. 21-MJ-00196-NYW |
| **LISA ANN HOMER** ) | |
| a/k/a **LISA ANNE BOISSELLE** ) | |
| ) | |
|     Defendant. ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted *pro hac* vice and authorized to practice in this Court. I enter my appearance as counsel for Lisa Anne Boisselle.

Dated this 22nd day of March, 2022.

                                                            Respectfully submitted,

                                                            */s/ David Chambers*
                                                            David Chambers, (CO Bar #50270)
                                                           Viorst Law Offices, PC
                                                           950 South Cherry Street, Suite 300
                                                           Denver, CO 80246
                                                           david@viorstlaw.com
                                                           (303) 759-3808

2

## CERTIFICATE OF SERVICE

I certify that on 22nd day of March, 2022, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Jaqueline Schesnol, Esq.
United States Attorney's Office
jschesnol@usa.doj.gov

*/s/ Michelle Spadavecchia*