IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | Magistrate No. 21-mj-657 |
| | : | |
| LISA ANNE HOMER | : | |
| (a.k.a. BOISSELLE) | : | VIOLATION: |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

### I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **LISA ANNE HOMER** did willfully and knowingly entered the U.S. Capitol Building knowing that that she did not have permission to do so and while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
JACQUELINE SCHESNOL
Digitally signed by JACQUELINE SCHESNOL
Date: 2022.07.06 16:33:24 -07'00'

JACQUELINE SCHESNOL
Assistant United States Attorney,
detailed to the United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530