UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-00238 (TNM) |
| | : | |
| LISA HOMER | : | |
| a.k.a. LISA BOISSELLE, | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video and photographic evidence available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1 Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021.png | Open Source Twitter users @ne0ndistraction and @sansastark525 | Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021 |
| 2A-B | Exhibit 2A.png; Exhibit 2B.png | USCP security footage | Stills from USCP security footage showing the progression of the crowd, from the outer barricades the West Plaza. |
| 3 | Exhibit 3 CCTV time lapse security video.mp4 | USCP security footage | USCP security footage showing the progress of the breach of the West Plaza, where USCP and MPD attempted to defend their ground. |
| 3A-B | Exhibit 3A.png; Exhibit 3B.png | USCP security footage | Stills from USCP security footage showing the progress of the breach of the West Plaza, where USCP and |

| | | | MPD attempted to defend their ground. |
|---|---|---|---|
| 4A-B | Exhibit 4A.png; Exhibit 4B.png | USCP security footage | Breakthroughs in the defensive line on both the left and right flanks caused the entire police line to collapse and individual officers were swallowed by the crowd and many officers were assaulted as they waited in a group to retreat through doors and stairwells up onto the inaugural stage. |
| 5 | Exhibit 5.png | Homer's Instagram page | Instagram Post |
| 6A-C | Exhibit 6A.png; Exhibit 6B.png; Exhibit 6C.png | Homer's Instagram page | Posts from Proud Boys march in November 2020 |
| 7 | Exhibit 7.png | Homer's Instagram page | Post of Proud Boys emblem |
| 8 | Exhibit 8 New York Times—Day of Rage - How Trump Supporters Took the U.S. Capitol.mp4 | https://www.nytimes.com/video/us/politics/100000007606996/capitol-riot-trump-supporters.html | New York Times video, entitled, "Day of Rage - How Trump Supporters Took the U.S. Capitol" |
| 8A-C | Exhibit 8A.png; Exhibit 8B.png; Exhibit 8C.png | See Exhibit 8 | Stills from Exhibit 8 (Day of Rage) |
| 9A-C | Exhibit 9A.png; Exhibit 9B.png; Exhibit 9C.png | Open-source, New York Times video, other defendants | Photos of Homer in ballistic vest, dark clothing, gloves, knit hat, etc. |
| 10A-B | Exhibit 10A.png; Exhibit 10B.png | Open-source, USCP security footage | Photos of Homer with helmet |
| 11 | Exhibit 11   CCTV Senate Wing Door.mp4 | USCP security footage | USCP security footage |
| 11A-B | Exhibit 11A.png; Exhibit 11B.png | USCP security footage | Stills from USCP security footage |
| 12A-C | Exhibit 12A.png; Exhibit 12B.png; Exhibit 12C.png | USCP security footage | Stills from USCP security footage |
| 13 | Exhibit 13   CCTV garage | USCP security | USCP security footage |

|       | door.asf        | footage           |                   |
|-------|-----------------|-------------------|-------------------|
| 13A   | Exhibit 13A     | USCP security footage | Still from USCP security footage |
| 14    | Exhibit 14.png  | Homer's Instagram page | Instagram Post |
| 15    | Exhibit 14.png  | Homer's Instagram page | Instagram Post |
| 16A-M | Exhibit 16A.png; Exhibit 16B.png; Exhibit 16C.png; Exhibit 16D.png; Exhibit 16E.png; Exhibit 16F.png; Exhibit 16G.png; Exhibit 16H.png; Exhibit 16I.png; Exhibit 16J.png; Exhibit 16K.png; Exhibit 16L.png; Exhibit 16M.png; | Search of Homer's Residence | Photos taken during the search of Homer's residence |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Jacqueline Schesnol*
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

On this 2nd day of August, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney
