

**DEPARTMENT OF THE ARMY**
JEDBURGH COMPANY
4TH BATTALION, 10TH SPECIAL FORCES GROUP (AIRBORNE)
7811 BAD TOLEZ RD, BLDG 7418
FORT CARSON, CO 80913

AOSO-SFC-FFD

22 July 2022

MEMORANDUM OF SUPPORT

SUBJECT: SFC Timothy Dunlap is submitting this Support Letter on behalf of Lisa Boisselle

1. Lisa Boisselle is one of the most giving, kindest persons that I have ever encountered throughout my life. Not only does Ms. Boisselle put everyone else before herself, she puts her love of country above herself as well.

2. Ms. Boisselle is a true patriot. She first and foremost a mother to four (4) outstanding and accomplished children. She is a successful multi-facetted business owner for over 30 years. She has participated and advised elected officials from small communities to congressional/senate support

3. Ms. Boisselle has given countless amounts of financial support to organizations and causes that directly support those in. She has been a fighting voice for those less fortunate from lower income families to full support against human/child trafficking.

4. Point of contact for this memorandum is SFC Timothy Dunlap @ timothy.a.dunlap@socom.mil / 707-569-6698.

TIMOTHY M. DUNLAP
SFC, USA
Senior Special Forces Weapon Sergeant

EXHIBIT A