To Whom It May Concern:

I have known Lisa Boiselle since 2019.  We met when I was running for office in my hometown.  From the start, I knew that Lisa was a passionate and caring person.  During the course of our friendship, I learned of the horrific abuse she endured from her then husband, Todd Homer, including but not limited to a terrible traumatic head injury.  That experience may have been what drew us together as we both spent considerable time volunteering and supporting victims of domestic violence. In 2020 I accompanied her to the sentencing hearing of her husband for the assault that resulted in her head trauma.   In 2020 through 2021, I was a victim of harassment and stalking brought on by a fellow council member and Lisa flew to me to be with me through that very scary ordeal and supported me through the whole court process.

In the 4 years that I have known Lisa, I know her to be passionate about her convictions.  She loves her family and friends fiercely and does whatever she can to protect them.  While she and I do not share some philosophical ideas or political inclination,  I know that she would never purposefully hurt anyone, or cause anyone harm.

Lisa is the kind of friend who would drop everything and be there to support you, even if she disagreed with you, just because she loves you.  We should all be lucky to have a friend like her.

Soneya Allen
soneyaallen@gmail.com

EXHIBIT B

AFFIDAVIT OF [AFFIANT'S NAME]

I, _Soraya Allen_, hereby swear/affirm under oath, and under penalty of perjury, that I have read the foregoing document and that the statements set forth therein are true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

_____
Signature