Judge McFadden,

I am sending this letter in support of Lisa Boisselle Homer.

My name is Carl Bailey. I am retired educator in the state of Texas, both public, private and at the University level, and I have extensive experience working with community and ministry groups. I have owned and still have small businesses that support the economy in various sectors.

I have known Lisa for several years and have always found her to be a person of integrity and has a strong moral compass to judge what is right and wrong and act accordingly.

Knowing Lisa on a personal basis, I have seen first hand that she will make decisions thinking through the consequences of her actions. In addition, I have seen her make principle-based decisions based on Christian values holding true to making tough choices rather than on what's easiest to do in the moment.

I know that Lisa has a set of core values that help guide her through life. Her values are shaped by religious, societal, and patriotic influences. Lisa loves Jesus and her country. I have no reason to believe, nor have I ever seen, read, or heard, of Lisa wanting to disrupt our nation's Government through seditious acts of violence or in any manner.

Lisa has always been supportive of our government even when the leader of our nation was not who she supported by a vote or she disagreed with a legislative action. She supports her community, her religious convictions, and other local groups through volunteer service and with monetary support. She has always been an advocate for our military and our country through support and resources available to help on a local level.

On a personal level, I am appalled at the double standard being applied in our judicial system and promoted through the liberal media bias. It's incredulous that our nation is so divided among political party lines while the future economic and constitutional democracy for our children, grandchildren, and nation are in danger.

I would ask that the moral principles of law that are the basis for our constitution would reflect in your decision for the outcome of Lisa's court case.

Thank you for your commitment to the law and the community that you serve.

Sincerely,

Carl Bailey
Allen, Texas


EXHIBIT C

AFFIDAVIT OF [AFFIANT'S NAME]

I, _Carl Bailey_, hereby swear/affirm under oath, and under penalty of perjury, that I have read the foregoing document and that the statements set forth therein are true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

_____
Signature