To whom it may concern,

    I am writing on behalf of Lisa Boisselle, she has been a longtime family friend. She aided in the rescue of my 6yr old daughter when she was unlawfully taken. Had it not been for Lisa's willingness to help a stranger, my daughter would have suffered a terrible fate. I have personally witnessed Lisa's generosity and compassion toward people and attest to her selfless acts of kindness. She runs a successful business and a healthy lifestyle adding value the community. She is actively campaigning in the political world to bring positive change to our country. Its my honor to stand beside Lisa and witness to her character as she has not only impacted my life but many others.

Chris Briskey



EXHIBIT D

AFFIDAVIT OF [AFFIANT'S NAME]

I, ___Chris Briskey____ , hereby swear/affirm under oath, and under penalty of perjury, that I have read the foregoing document and that the statements set forth therein are true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

_____
Signature