Jonathan N Gimbernat
289 Bowling Green Dr
Costa Mesa, CA 92626

Jul 23, 2022

Re: Lisa Boisselle

To The Honorable Judge McFadden

My Name is Jonathan N Gimbernat and I have known Lisa since we were kids playing in the sandbox at our elementary school. I was both troubled and surprised to hear about the cases as she has always been a solid person who has shown sound moral judgment and a strong love for our country. It is for this reason I am happy to write a letter of reference for Lisa Boisselle regarding this matter. I am fully aware of the serious nature of this matter however, my hope is that the court will show some leniency or will perhaps dismiss these matters all together.

Lisa has always been a leader in the community and is one who is always trying to help others improve their lives. If she is not helping members of the community through her profession Lisa tends to find other ways to help those around her by volunteering and staying active in the community. I personally have looked to Lisa in the past for good solid sound advice. In my case Lisa helped me gain a better perspective on my failed marriage on how to best manage being a single father and on how to best position myself given my current circumstances of now living with a Disability. Lisa is a morally sound caring person who cares about everyone and everybody and most of all she has a deep love for our country and is one who carries and shares strong morals and values with those whom she comes in contact with.

Lisa is not a troublemaker or threat to anyone or anything, she cares and loves our Nation. She is Mother, Grandmother, she is a lover of humanity and a true patriot of the country.

It is my sincere hope that the court will find leniency or perhaps will dismiss these matters all together. Lisa is a good person and has deep love and compassion for what is just and for our great nation.

Sincerely,

Jonathan N Gimbernat
714-662-2748

EXHIBIT E