Tony Lucero
3124 Colby Ave. #10
Everett, Wa. 98201

July 17, 2022

RE: Lisa Boisselle

To: The Honorable Judge McFadden

I have known Lisa for over 30 years as a classmate, good friend, a hard working business woman and Mother that has dealt with many obstacles and achievements to give her 4 children the best life she can. The Lisa I know is very passionate about her local community, her faith, family and helping her clients at her own Financial Advisor business.  The gravity and seriousness of the charges that Lisa is facing can impact her future ability to continue to do all the great things she has done over the years. I hope the court finds that it's this passion she possesses, is what drove her that day to witness history.

From the day I meant Lisa, she always spoke the truth.  You knew where Lisa stood on most anything.
I had the pleasure of participating in an event with Lisa at the Washington State Capital in Olympia WA. a few years back.  I was so impressed how professional and respectful she was to the political figures she introduced me to.  I realized that night how my long time friend
 "Little Lisa"  had made a name for herself.  Both sides of the political spectrum knew her, embraced and acknowledged her by name. State Senators, Representatives and other political figures actually asking her advice about some of the current sessions proposals.

Over the years of being in each other's lives, we have helped each other with the ups and downs of what life can throw at you.  Lisa has shown strength and resilience in some personal circumstances with her marriage and the abuse from that marriage.  That ended in some lasting trauma that she is still dealing with with Dr visits, on-going tests and physical therapy.  The divorce caused Lisa to move to another state and "Start Over"  Rebuilding her livelihood and brand. Her long time loyal clients followed Lisa, moving their assets to Lisa's new and thriving financial advisor business.

I do sincerely hope the court finds what Lisa has accomplished over the years with her community, church, business and family is taken into consideration when deciding any punishments.  Thank you for taking the time to read this Character Reference letter.

Sincerely



Tony Lucero

EXHIBIT F

AFFIDAVIT OF [AFFIANT'S NAME]

I, Tony Lucero, hereby swear/affirm under oath, and under penalty of perjury, that I have read the foregoing document and that the statements set forth therein are true and correct to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

_[signature]_
Signature