```
06/08/20              Yakima County Sheriff's Office                 707
12:43                      LAW INCIDENT TABLE              Page:      4
```

Yakima County Sheriff's Office - Incident Narrative Report

On 08-23-13 at about 2345 hours Deputy Wuitschick and I were dispatched to 609 Beacon Ave in Terrace Heights for a domestic violence call.  Caller, Lisa Homer, indicated she had just been assaulted by her husband, Todd Homer.  She indicated she was bleeding and medical was dispatched to the residence.  While responding to the call Lisa advised dispatch that Todd left the residence in a black 2010 Buick Lacrosse.  When this information came out I was just turning onto Terrace Heights Dr from Roza Hill Rd.  This is just a few blocks away from the incident address.  At Terrace Heights and Nugent I saw a black Buick Lacrosse heading east on Terrace Heights.  I stopped and contacted the driver who was ID'd as Todd Homer.

Since an assault had been reported I had Todd exit the car and put his hands behind his back.  I told Todd he was being detained at this time while we investigated.  He was handcuffed and I then advised him of his constitutional rights read directly from my department issued Miranda card.  Todd said he understood his rights and did not wish to answer any questions.  Todd was seated in the back of my patrol car.

Deputy Wuitschick responded to the address on Beacon Ave and contacted Lisa. Lisa had swelling on her face and a cut on her head under her hair.  Deputy Wuitschick advised me there appeared to be probable cause to arrest Todd.  Lisa was eventually transported by ambulance to Yakima Regional Hospital.  Todd's car was parked off the roadway in the 4100 blk of Terrace Heights Dr.  I locked the vehicle and later gave the car keys to Lisa.

Todd was advised he was under arrest for Assault 4 DV and informed he would be booked in the county jail.  At 0012 hours I made phone contact with District Court Judge A Schweppe.  I told him of what had been reported and he found probable cause to arrest Todd for Assault 4.  I transported and booked Todd in the jail.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing report, written in the County of Yakima, is true and correct. My typed name below is my signature

Date, Time:
Sat Aug 24 00:55:15 PDT 2013
Reporting Officer:
Deputy Brian Jackson  #54

   2   Davila M            00:56:45 08/24/2013



EXHIBIT
G

YCSO PRR #Y011475 - 0004
Rel'd to: Lisa Homer