# YAKIMA REGIONAL
### The valley's Regional Medical & Heart Center
110 South 9th Avenue
Yakima, WA 98902
(509) 575-5000

# ADMISSION RECORD

| ACCOUNT NO. | MEDICAL RECORDS NO. |
|---|---|
| 8713912 | 0001085741 |

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2013 00:30 | 0 | E1 | B | 042 | 04/18/1971 | F | 1 | S | | NS |

| PATIENT NAME & ADDRESS | SS NUMBER | PATIENT EMPLOYER | EMPLOYER PHONE NO. |
|---|---|---|---|
| HOMER, LISA A<br>609 BEACON AVE<br>YAKIMA  WA 98901 US | 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 | WADDELL & REED | (509)453-4945 |
| | PHONE NUMBER<br>(509)759-4654 | | COUNTY<br>YAKIMA |

**GUARANTOR**

| RESPONSIBLE PARTY & ADDRESS | SS NUMBER | RESPONSIBLE PARTY EMPLOYER | EMPLOYER PHONE |
|---|---|---|---|
| HOMER, LISA A<br>609 BEACON AVE<br>YAKIMA  WA 98901 US | 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 | WADDELL & REED | (509)453-4945 |
| | PHONE NUMBER<br>(509)759-4654 | | RELATIONSHIP TO PATIENT |

| EMERGENCY CONTACT NAME | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT |
|---|---|---|
| HOMER, TODD | (509)961-8268 | SPOUSE |

| COMMENTS | MSP | MED. KEY | PRIVACY | ADMIT. BY |
|---|---|---|---|---|
| AMBUL | ☐Y ☒N | ☐Y ☒N | | EAR |

**INSURANCE**

| 1 | PAYER<br>200 | PLAN<br>PPR | POLICY NUMBER<br>WAR053701509010 | | 04/19/1967 |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| PREMERA PREFERRED<br>PO BOX 91080<br>SEATTLE  WA 981119180<br>(888)261-9562 | | | HOMER, TODD F | | |
| | | | GROUP NUMBER<br>716035002 | GROUP NAME | |
| | | | AUTHORIZATION | | |

| 2 | PAYER | PLAN | POLICY NUMBER | | |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| | | | GROUP NUMBER | GROUP NAME | |
| | | | AUTHORIZATION | | |

| 3 | PAYER | PLAN | POLICY NUMBER | | |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| | | | GROUP NUMBER | GROUP NAME | |
| | | | AUTHORIZATION | | |

**MISC**

| DR. ATTENDING / ADMITTING | DR. FAMILY / PRIMARY CARE |
|---|---|
| WILSON, SHAWN H. | *NOT FOUND* |

| DIAGNOSIS / SIGNS & SYMPTOMS | ACCIDENT | ACCIDENT DATE |
|---|---|---|
| ASSAULT | OTHER | 08/24/2013 00:10 |

| PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care.) | DISCHARGE CODE<br>HOME DISCHARGE | DISCHARGE DATE/TIME<br>08/24/2013 02:19 |
|---|---|---|

Diagnosis Codes (Primary)    (2)    (3)    (4)    (5)    (6)    (7)    (8)    (9)

COMPLICATIONS


COMORBIDITY(IES)


PRINCIPAL PROCEDURE

Procedure Codes/Dates    (1)CPT:99284:08/24/2013 (2):    (3):
(4):    (5):    (6):

**EXHIBIT H**

AD001A


8713912


MCBO PRR #Y011475 - 0011
Rel'd to: Lisa Homer


0001085741

```
Report:PAB120                       Disposition Summary                      Coid:876
12/19/2013 13:44:58                    YAKIMA REGIONAL                        Page:1
Requested By: S539746                110 SOUTH 9TH AVENUE
                                     YAKIMA      WA 98902
```

**Report Status:** Final

| | |
|---|---|
| Pat Nbr: 8713912   HOMER, LISA A | Admit: 08/24/2013 00:30 |
| DOB: 04/18/1971 | Gender: FEMALE |
| Req By: WILSON, SHAWN H. | Discharge: 08/24/2013 02:19 |
| Med. Rec: 0001085741   Pat. Type: E1 | Location: 0 |
| Type: MED   Dict.: 08/24/2013 00:29  EDDS8713912 | Transcribed: 08/24/2013 02:19 |
| Physician: WILSON, SHAWN H. | |

```
Discharge Summary
Yakima Regional Medical and Cardiac Center
Name:Lisa Homer
Emergency Department
Age:42 years
Sex:Female
DOB:04/18/1971
MRN:0001085741
Arrival:08/24/2013
00:29
Account#:8713912
Departure Date08/24/2013
Departure Time02:19
Private MD:
Outcome: Discharge
Location: Home/Self Care. MSE completed.
Condition: Stable
Chief Complaint: Assault
Diagnosis: - alleged assault, Facial Contusion, Head Injury - mild
Prescriptions: Percocet 5-325 mg Oral Tablet - take 1 tablet by
  ORAL route every 6 hours As needed; 20 tablet
Follow up:
Custom Notes: Return for repeated vomiting or worsening headache.
  Expect to be very stiff and sore. no alcohol with the pain
  medcation. Recheck for signs of wound infection
Attending Physician: Wilson, Shawn, DO
Private MD:
Mid Level Provider:

Orders: Urinalysis Auto wo micro, UDS, Urine Pregnancy Test Vis, Ct
  Head/brain W/o Contrast, Ct Maxillofacial W/o Cont, Tylenol, Urine
  specimen
Discharge Instruction: Discharge Summary Sheet, Wound Care-Brief,
  Medication Reconciliation Form
****************************************************************
```

```
Report:PAB120                        Physician Chart                    Coid:876
12/19/2013 13:44:58                   YAKIMA REGIONAL                    Page:1
Requested By: S539746               110 SOUTH 9TH AVENUE
                                      YAKIMA    WA 98902
```

**Report Status:** Final

| | |
|---|---|
| Pat Nbr: 8713912   HOMER, LISA A | Admit:    08/24/2013 00:30 |
| DOB:    04/18/1971 | Gender:   FEMALE |
| Req By: WILSON, SHAWN H. | Discharge: 08/24/2013 02:19 |
| Med. Rec.: 0001085741   Pat. Type: E1 | Location: 0 |
| Type: MED   Dict.: 08/24/2013 00:29 EDPN8713912 | Transcribed: 08/24/2013 02:19 |
| Physician: WILSON, SHAWN H. | |

```
Physician Documentation
Yakima Regional Medical and Cardiac Center
Name:Lisa Homer
Age:42 years
Sex:Female
DOB:04/18/1971
MRN:0001085741
Arrival Date:08/24/2013
Time:00:29
Account#:8713912
Bed5
Private MD:
ED PhysicianWilson, Shawn
Disposition:
08/24
02:01 Electronically authenticated by: Shawn Wilson D.O.               shw

Disposition Summary:
08/24 Discharged to Home/Self Care. MSE completed.. Impression: alleged
  assault, Facial Contusion, Head Injury - mild.
02:02
                                                                        shw

- Condition is Stable.
- Discharge Instructions: Wound Care-Brief.
- Prescriptions for Percocet 5- 325 mg Oral Tablet - take 1 tablet
  by ORAL route every 6 hours As needed; 20 tablet.
- Medication Reconciliation Form form.
- Follow up: Private Physician; When: As needed; Reason: Worsening
  of condition.
- Problem is new.
- Symptoms have improved.

- Notes: Return for repeated vomiting or worsening headache. Expect
  to be very stiff and sore. no alcohol with the pain medcation.
  Recheck for signs of wound infection
```

```
Report:PAB120                    Physician Chart                    Coid: 876
12/19/2013 13:44:58              YAKIMA REGIONAL                    Page:2
Requested By: S539746            110 SOUTH 9TH AVENUE
                                 YAKIMA      WA 98902
```

**Report Status:** Final

```
Pat Nbr: 8713912  HOMER, LISA A              Admit:     08/24/2013 00:30
DOB:     04/18/1971                          Gender:    FEMALE
Req By:  WILSON, SHAWN H.                    Discharge: 08/24/2013 02:19
Med. Rec.: 0001085741    Pat. Type: E1       Location:  0
Type: MED   Dict.: 08/24/2013 00:29 EDPN8713912   Transcribed: 08/24/2013 02:19
Physician: WILSON, SHAWN H.
```

HPI:
00:44  This 42 years old Caucasian Female presents to ER via Adv Life      shw
       Systems with complaints of Assault.
00:44  patient was assaulted by her husband in th with fists. No loss of   shw
       consciousness, no obvious deformity. She has been sampling wine
       tonight. She has some minor abrasions on her knees when she got
       down and was trying to avoid being hit. Her tetanus is not
       up-to-date but she refuses one. She has a history of SVT. She is
       mild tachycardia here and is most likely due to the stress and pain
       and not pathologic.. Her husband is in custody. Onset: The
       symptoms/episode began/occurred suddenly. Severity of symptoms: At
       their worst the symptoms were mild. The patient has not experienced
       similar symptoms in the past. The patient has not recently seen a
       physician.

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. None for
- PMHx: SVT;
- PSHx: catheter oblation heart x 3; uterine oblation;
- History obtained from: patient. patient.
- Immunization history: Last tetanus immunization: Does not believe
  in tetanus immunizations. Pneumococcal vaccine is not up to date,
  Patient has never been vaccinated, Flu vaccine is not up to date.
- Family history: Not pertinent.
- Social history: Smoking status: Patient/guardian denies using
  tobacco, Patient/guardian denies using street drugs.


ROS:
00:48  All other systems are reviewed and negative. Constitutional:        shw
       Negative for fever. ENT: Negative for drainage from ear(s),
       hoarseness, repstaxis. Neck: Negative for pain with movement, pain

```
Report:PAB120                    Physician Chart              Coid:876
12/19/2013 13:44:58              YAKIMA REGIONAL              Page:3
Requested By: S539746            110 SOUTH 9TH AVENUE
                                 YAKIMA     WA 98902
```

**Report Status:** Final

| | |
|---|---|
| Pat Nbr: 8713912   HOMER, LISA A | Admit:    08/24/2013 00:30 |
| DOB:     04/18/1971 | Gender:    FEMALE |
| Req By:  WILSON, SHAWN H. | Discharge: 08/24/2013 02:19 |
| Med. Rec.: 0001085741   Pat. Type: E1 | Location:  0 |
| Type: MED  Dict.: 08/24/2013 00:29  EDPN8713912 | Transcribed: 08/24/2013 02:19 |
| Physician: WILSON, SHAWN H. | |

at rest. Abdomen/GI: Negative for abdominal pain, nausea, vomiting. Back: Negative for pain at rest, pain with movement. MS/extremity: Negative for injury or acute deformity. Skin: Positive for abrasion(s). Neuro: Negative for headache, loss of consciousness, numbness, tingling, weakness. Psych: Negative for anxiety, depression, drug dependence, homicidal ideation.

Exam:
00:49 Constitutional: The patient appears alert, awake, comfortable,       shw
      mildly intoxicated and talking a lot and joking
00:49 Head/face: Basilar skull fracture findings: the patient does not
      have obvious signs of a basilar skull fracture, no Battle signs, no
      hemotympanum, no nasal drainage, no racoon eyes, minor forehead
      contusions. and very slight contusion on zygoma on the right..
00:49 Eyes: Pupils: equal, round, and reactive to light and accomodation,
      Extraocular movements: intact throughout.
00:49 ENT: TM's: are normal, Dental exam: fractured teeth are noted, not
      appreciated, malocclusion, is not appreciated.
00:49 ENT: Posterior pharynx: is normal, Voice: is normal.
00:49 Neck: C-spine: vertebral tenderness, is not appreciated,
      ROM/movement: is normal.
00:49 Chest/axilla: Palpation: tenderness, is not appreciated, slight
      redness to upper chest, ? of sun vs minor contusion, she denies
      being choked..
00:49 Cardiovascular: Rate: tachycardic, Rhythm: regular, Pulses: Pulses
      are 2+ in right radial artery, right posterior tibial artery, right
      dorsalis pedis artery, left radial artery, left posterior tibial
      artery and left dorsalis pedis artery. Heart sounds: normal.
00:49 Respiratory: Respirations: normal, Breath sounds: are normal.
00:49 Abdomen/GI: Inspection: abdomen appears normal, Palpation: abdomen
      is soft and non-tender.
00:49 Back: normal spinal alignment noted, CVA tenderness, is absent,
      vertebral tenderness, is not appreciated, muscle spasm, is not
      present.
00:49 Musculoskeletal/extremity: Extremities: all appear grossly normal,

| | | |
|---|---|---|
| Report:PAB120<br>12/19/2013 13:44:58<br>Requested By: S539746 | Physician Chart<br>YAKIMA REGIONAL<br>110 SOUTH 9TH AVENUE<br>YAKIMA     WA 98902 | Coid: 876<br>Page:4 |

**Report Status:** Final

**Pat Nbr:** 8713912   HOMER, LISA A
**DOB:** 04/18/1971
**Req By:** WILSON, SHAWN H.
**Med. Rec:** 0001085741    **Pat. Type:** E1
**Type:** MED   **Dict.:** 08/24/2013 00:29   EDPN8713912
**Physician:** WILSON, SHAWN H.

**Admit:** 08/24/2013 00:30
**Gender:**    FEMALE
**Discharge:** 08/24/2013 02:19
**Location:** 0
**Transcribed:** 08/24/2013 02:19

```
        with no appreciated pain with palpation, minor abrasions on knees,
         no effusion.
00:49 Skin: Appearance: diaphoresis is not appreciated, see above.
00:49 Neuro: Mentation: is normal, Cranial nerves: grossly normal,
        Cerebellar function: is grossly normal, Motor: is normal,
        Sensation: is normal, Gait: is steady, appropriate for age.
00:49 Psych: Behavior/mood is pleasant, cooperative.

Vital Signs:
00:34 BP 109 / 67; Pulse 124; Resp 16; Temp 98.2; Pulse Ox 94% ; Weight     rde
        58.97 kg; Height 5 ft. 3 in. (160 cm); Pain 8/10;
02:10 BP 113 / 56; Pulse 120; Resp 18; Temp 98.2; Pulse Ox 98% on R/A;      rde
        Pain 6/10;
00:34 Body Mass Index 23.0 (58.97 kg, 160 cm)                              rde

MDM:
00:30 Patient medically screened.                                          shw
01:51 Data reviewed: vital signs, nurses notes, radiologic studies, CT     shw
        scan. ED course: after cleaning, there are 2 vertical parallel
        lacerations. On the right posterior parietal area. One is 0.5 cm.
        The anterior one is 1.5 cm and is naturally lying approximated and
        will heal without staples or suture..

00:42 Order name: Urinalysis Auto wo micro; Complete Time: 01:33           shw
00:42 Order name: UDS; Complete Time: 01:33                                shw
00:42 Order name: Urine Pregnancy Test Vis; Complete Time: 01:33           shw
00:30 Order name: Ct Head/brain W/o Contrast                               shw
00:30 Interpretation: Faxed V-rad report with no acute findings.           shw
00:30 Order name: Ct Maxillofacial W/o Cont                                shw
00:30 Interpretation: V-rad faxed report, no fx,patient has an incidental  shw
        unerupted right posterior maxillary molar, bilateral TMJ
        degeneration,congenital incomplete fusion anterior and posterior
        archers C1.
00:42 Order name: Urine specimen; Complete Time: 00:58                     shw
```

| | | |
|---|---|---|
| Report:PAB120<br>12/19/2013 13:44:58<br>Requested By: S539746 | Physician Chart<br>YAKIMA REGIONAL<br>110 SOUTH 9TH AVENUE<br>YAKIMA      WA 98902 | Coid: 876<br>Page:5 |

**Report Status:** Final

| | |
|---|---|
| **Pat Nbr:** 8713912   HOMER, LISA A<br>**DOB:**      04/18/1971<br>**Req By:** WILSON, SHAWN H.<br>**Med. Rec:** 0001085741        **Pat. Type:** E1<br>**Type:** MED   **Dict.:** 08/24/2013 00:29  EDPN8713912<br>**Physician:**   WILSON, SHAWN H. | **Admit:** 08/24/2013 00:30<br>**Gender:**     FEMALE<br>**Discharge:** 08/24/2013 02:19<br>**Location:** 0<br>**Transcribed:** 08/24/2013 02:19 |

Dispensed Medications:
02:10 Drug: Tylenol 975 mg; Route: PO;                                                                        rde
02:10 Follow up: Response: Medication administered at discharge.                      rde


Signatures:
Dispatcher MedHost                              EDMS
Wilson, Shawn, DO                     DO        shw
Edwards, Ronda, RN                    RN        rde
Cunha, Dorinda                                  dc


********************************************************************************
-----------------------------------------------

```
Report:PAB120                          Order Summary                          Coid: 876
12/19/2013 13:44:58                    YAKIMA REGIONAL                        Page:1
Requested By: S539746                  110 SOUTH 9TH AVENUE
                                       YAKIMA      WA 98902
```

**Report Status:** Final

| | |
|---|---|
| Pat Nbr: 8713912   HOMER, LISA A | Admit: 08/24/2013 00:30 |
| DOB:   04/18/1971 | Gender:   FEMALE |
| Req By: WILSON, SHAWN H. | Discharge: 08/24/2013 02:19 |
| Med. Rec.: 0001085741   Pat. Type: E1 | Location: 0 |
| Type: MED   Dict.: 08/24/2013 00:29  EDOS8713912 | Transcribed: 08/24/2013 02:19 |
| Physician: WILSON, SHAWN H. | |

```
Order Summary
Name:Lisa Homer
MRN:0001085741
42 years
/Caucasian
/Female
Arrival:08/24/2013
00:29
Chief Complaint:Assault
Departure Date08/24/2013
Departure Time02:19
Orders:
Medication
Order: Tylenol 975 mg PO once; Ordered: 08/24 02:03; By: shw; For:
  shw; Administered: 08/24 02:10 By: rde; Frequency: once; Order
  Method: Electronic Administration: Tylenol 975 mg PO Follow Up:
  Response: Medication administered at discharge.
Lab
Order: Urinalysis Auto wo micro; Ordered: 08/24 00:42; By: shw;
  For: shw; Reviewed: 08/24 01:33; By: shw; Order Method: Electronic
Order: UDS; Ordered: 08/24 00:42; By: shw; For: shw; Reviewed:
  08/24 01:33; By: shw; Order Method: Electronic
Order: Urine Pregnancy Test Vis; Ordered: 08/24 00:42; By: shw;
  For: shw; Reviewed: 08/24 01:33; By: shw; Order Method: Electronic
Radiology
Order: Ct Maxillofacial W/o Cont; Ordered: 08/24 00:30; By: shw;
  For: shw; Partial Results: 08/24 10:00; By: EDMS; Notes: Bed
  Name: 5; Order Method: Electronic
Order: Ct Head/brain W/o Contrast; Ordered: 08/24 00:30; By: shw;
  For: shw; Partial Results: 08/24 10:36; By: EDMS; Notes: Bed
  Name: 5; Order Method: Electronic
Nursing
Order: Urine specimen; Ordered: 08/24 00:42; By: shw; For: shw;
  Completed: 08/24 00:58; By: aal; Order Method: Electronic
```

| | | |
|---|---|---|
| Report:PAB120<br>12/19/2013 13:44:58<br>Requested By: S539746 | Order Summary<br>YAKIMA REGIONAL<br>110 SOUTH 9TH AVENUE<br>YAKIMA     WA 98902 | Coid: 876<br>Page:2 |

**Report Status:**  Final

**Pat Nbr:** 8713912   HOMER, LISA A
**DOB:**     04/18/1971
**Req By:**  WILSON, SHAWN H.
**Med. Rec:** 0001085741      **Pat. Type:** E1
**Type:** MED   **Dict.:** 08/24/2013 00:29   EDOS8713912
**Physician:**  WILSON, SHAWN H.

**Admit:**  08/24/2013 00:30
**Gender:**    FEMALE
**Discharge:** 08/24/2013 02:19
**Location:** 0
**Transcribed:** 08/24/2013 02:19

Order Signatures:
Wilson, Shawn, DO, DO, shw;
*****************************************************************************
-------------------------------------------

```
Report:PAB120                           Nurse Chart                    Coid: 876
12/19/2013 13:44:58                   YAKIMA REGIONAL                  Page:1
Requested By: S539746                110 SOUTH 9TH AVENUE
                                     YAKIMA      WA 98902
```

**Report Status:** Final

**Pat Nbr:** 8713912   HOMER, LISA A              **Admit:** 08/24/2013 00:30
**DOB:** 04/18/1971                                **Gender:** FEMALE
**Req By:** WILSON, SHAWN H.                       **Discharge:** 08/24/2013 02:19
**Med. Rec:** 0001085741   **Pat. Type:** E1       **Location:** 0
**Type:** MED  **Dict.:** 08/24/2013 00:29 EDNN8713912   **Transcribed:** 08/24/2013 02:19
**Physician:** WILSON, SHAWN H.

```
Nurse's Notes
Yakima Regional Medical and Cardiac Center
Name:Lisa Homer
Age:42 years
Sex:Female
DOB:04/18/1971
MRN:0001085741
Arrival Date:08/24/2013
Time:00:29
Account#:8713912
Bed5
Private MD:
Diagnosis:alleged assault;Facial Contusion;Head Injury-mild

Presentation:
08/24
00:30 Presenting complaint: EMS states: was hit in the face and head with   rde
      fists denies any LOC has sm. lac on left side of head. Transition
      of care: patient was not received from another setting of care.
00:30 Method Of Arrival: EMS Ground: Adv Life Systems                        rde
00:30 Acuity: ESI 3                                                          rde

Triage Assessment:
00:34 General: Appears well nourished, Behavior is cooperative. Pain:        rde
      Complains of pain in head and face Pain currently is 8 out of 10 on
      a pain scale. Pain began suddenly, 2 hours ago. Suicide Risk
      Assessment: Total Suicide Risk Assessment Score: Less than 3 (
      Minimal noted risk for suicide ).

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. None for
- PMHx: SVT;
- PSHx: catheter oblation heart x 3; uterine oblation;
```

| | | |
|---|---|---|
| Report:PAB120<br>12/19/2013 13:44:58<br>Requested By: S539746 | Nurse Chart<br>YAKIMA REGIONAL<br>110 SOUTH 9TH AVENUE<br>YAKIMA     WA 98902 | Coid: 876<br>Page:2 |

Report Status:  Final

| | |
|---|---|
| Pat Nbr: 8713912   HOMER, LISA A<br>DOB:     04/18/1971<br>Req By:  WILSON, SHAWN H.<br>Med. Rec.: 0001085741      Pat. Type:  E1<br>Type: MED   Dict.: 08/24/2013 00:29  EDNN8713912<br>Physician:   WILSON, SHAWN H. | Admit:    08/24/2013 00:30<br>Gender:    FEMALE<br>Discharge: 08/24/2013 02:19<br>Location:  0<br>Transcribed:  08/24/2013 02:19 |

- History obtained from: patient. patient.
- Immunization history: Last tetanus immunization: Does not believe in tetanus immunizations. Pneumococcal vaccine is not up to date, Patient has never been vaccinated, Flu vaccine is not up to date.
- Family history: Not pertinent.
- Social history: Smoking status: Patient/guardian denies using tobacco, Patient/guardian denies using street drugs.

Screening:
00:37 Abuse screen: Has been threatened or abused. Injuries were caused       rde
      by another. Tuberculosis screening: Never had TB. Smoking history:
      Patient denies using tobacco products. Fall Risk: None identified
      (0 points). Pneumonia Screening: Total Score: 0 Pts., no action
      required at this time.

Assessment:
00:30 Nursing diagnosis: Alteration in comfort: actual.                      rde

Vital Signs:
00:34 BP 109 / 67; Pulse 124; Resp 16; Temp 98.2; Pulse Ox 94% ; Weight      rde
      58.97 kg; Height 5 ft. 3 in. (160 cm); Pain 8/10;
02:10 BP 113 / 56; Pulse 120; Resp 18; Temp 98.2; Pulse Ox 98% on R/A;       rde
      Pain 6/10;
00:34 Body Mass Index 23.0 (58.97 kg, 160 cm)                               rde

ED Course:
00:29 Patient arrived in ED.                                                 rde
00:29 None, Dr. is Private Physician.                                        rde
00:30 Wilson, Shawn, DO is Attending Physician.                              shw
00:30 Edwards, Ronda, RN is Primary Nurse.                                   rde
00:31 Triage completed.                                                      rde
00:40 Patient moved to CT.                                                   mds
00:45 Patient moved back from CT.                                            mds
00:59 ED Rounding: Pain Reassessment: remains unchanged at this time Call    rde

```
Report:PAB120                              Nurse Chart                          Coid: 876
12/19/2013 13:44:58                       YAKIMA REGIONAL                       Page:3
Requested By: S539746                    110 SOUTH 9TH AVENUE
                                          YAKIMA     WA 98902
```

**Report Status:** Final

Pat Nbr: 8713912   HOMER, LISA A                          Admit: 08/24/2013 00:30
DOB:     04/18/1971                                       Gender:      FEMALE
Req By:  WILSON, SHAWN H.                                 Discharge: 08/24/2013 02:19
Med. Rec.: 0001085741       Pat. Type:  E1                Location: 0
Type: MED   Dict.: 08/24/2013 00:29  EDNN8713912          Transcribed: 08/24/2013 02:19
Physician: WILSON, SHAWN H.

---

      light is within patient's reach, and patient has been educated on
      it's use. Family Update: Patient does not have any family members
      to update Pending Items and/or Delays: Patient is not awaiting any
      further diagnostics and/or procedures at this time Patient has been
      instructed that nurse will re-visit within 30 minutes.
00:59 Patient has correct armband on for positive identification. Bed in   rde
      low position. Call light in reach. Side rails up X 1.
02:10 No procedures required assistance by the nurse.                   rde

Administered Medications:
02:10 Drug: Tylenol 975 mg; Route: PO;                               rde
02:10 Follow up: Response: Medication administered at discharge.       rde


Outcome:
02:02 Discharge ordered by MD.                                         shw
02:12 Discharge Assessment:  vital signs assessed, Skin Assessment     rde
      completed. N/A Patient discharged. patient awake and alert  still
      c/o headache feeling better
02:12  Discharge instructions given to patient, friend, Instructed on
      discharge instructions, follow up and referral plans. medication
      usage, no drinking alcohol, no driving for 4-6 hours, no use of
      heavy equipment Demonstrated understanding of instructions,
      medications, Prescriptions given X 1
02:12 Discharged to home ambulatory, with friend.
02:12 Braden Scale-Adult not applicable, the patient was discharged.

Signatures:
Wilson, Shawn, DO                     DO    shw
Smith, Michael                              mds
Edwards, Ronda, RN                    RN    rde
Cunha, Dorinda                              dc


Corrections: (The following items were deleted from the chart)
09:15 02:19 Patient left the ED. dc                                     rde

```
Report:PAB120                           Lab Results                          Coid: 876
12/19/2013 13:44:45                   YAKIMA REGIONAL                         Page:1
Requested By: S539746                110 SOUTH 9TH AVENUE
                                      YAKIMA     WA 98902
```

## LAB RESULTS

```
                         Yakima Medical Center
                110 South 9th Avenue, Yakima, WA 98902
           H. McCartney, M.D., Laboratory Medical Director

PATIENT: HOMER LISA A               MRN: 0001085741 LOC: ERD,,
BILL#  : 8713912                    SEX: F DOB: 04/18/1971
ORDERED BY: WILSON                       ORDERED  : 08/24/2013 00:42
                                         COLLECTED: 08/24/2013 00:45
ORDER      : C8240110                    RECEIVED : 08/24/2013 00:47

-----------------------------------------------------------------------
TEST NAME              RESULT         UNITS         RANGES      ABN FLAG
Urine HCG Qual         Negative
-----------------------------------------------------------------------
```

```
Report:PAB120                          Lab Results                    Coid:876
12/19/2013 13:44:45                 YAKIMA REGIONAL                   Page:1
Requested By: S539746              110 SOUTH 9TH AVENUE
                                   YAKIMA     WA 98902


LAB RESULTS
                            Yakima Medical Center
                    110 South 9th Avenue, Yakima, WA 98902
               H. McCartney, M.D., Laboratory Medical Director

PATIENT: HOMER LISA A              MRN: 0001085741 LOC: ERD,,
BILL#  : 8713912                   SEX: F DOB: 04/18/1971
ORDERED BY: WILSON                       ORDERED  : 08/24/2013 00:42
                                         COLLECTED: 08/24/2013 00:45
ORDER      : C8240110                    RECEIVED : 08/24/2013 00:47

-----------------------------------------------------------------------------
TEST NAME                  RESULT              UNITS        RANGES         ABN FLAG
Color                      Yellow
Appearance                 Clear
Specific Gravity           1.020                            1.008-1.030
pH                         5.0                              5.0-8.0
Leukocytes Esterase        Negative                         Negative
Nitrites                   Negative                         Negative
Protein                    Negative            mg/dL        Negative
Glucose                    Negative            mg/dL        Negative
Ketones                    1+                               Negative        AB
Urobilinogen               Normal              mg/dL        Normal
Bilirubin                  Negative                         Negative
Blood                      Negative                         Negative
Culture Done?              Not Indicated
Microscopic Exam           Not Needed
-----------------------------------------------------------------------------
-----------------------------------------
```

```
Report:PAB120                          Lab Results                    Coid: 876
12/19/2013 13:44:45                   YAKIMA REGIONAL                  Page:1
Requested By: S539746               110 SOUTH 9TH AVENUE
                                     YAKIMA     WA 98902
```

LAB RESULTS

```
                        Yakima Medical Center
                 110 South 9th Avenue, Yakima, WA 98902
              H. McCartney, M.D., Laboratory Medical Director

PATIENT: HOMER LISA A              MRN: 0001085741 LOC: ERD,,
BILL#  : 8713912                   SEX: F DOB: 04/18/1971
ORDERED BY: WILSON                     ORDERED  : 08/24/2013 00:42
                                       COLLECTED: 08/24/2013 00:45
ORDER      : C8240110                  RECEIVED : 08/24/2013 00:47
```

---

| TEST NAME | RESULT | UNITS | RANGES | ABN FLAG |
|---|---|---|---|---|
| UR Cannabinoids Rapid Sc | NEG | | | |
| UR PCP Rapid Screen | NEG | | | |
| UR Cocaine Rapid Screen | NEG | | | |
| UR Methamphetamines Rapi | NEG | | | |
| UR Opiates Rapid Screen | NEG | | | |
| UR Amphetamines Rapid Sc | NEG | | | |
| UR Benzo Rapid Screen | NEG | | | |
| UR Tricyclics Rapid Scre | NEG | | | |
| UR Methadone Rapid Scree | NEG | | | |
| UR Barbiturates Rapid Sc | NEG | | | |
| UR Oxycodone Rapid Scree | NEG | | | |
| UR Propoxyphene Rapid Sc | NEG | | | |
| UR Buprenorphine Rapid S | NEG | | | |

The specimen was tested for the following drug metabolites on a random urine sample:
Benzodiazepines, Cocaine, Amphetamines, Methamphetamines,
Opiates, Methadone, Oxycodone, Tetrahydrocanabinol, Barbiturates, PCP,
Propoxyphene, Buprenorphine, and Tricyclic Antidepressants.
Note:
This test is only a screen. A confirmatory method such as GC/MS should be used if results do not fit the clinical picture. Clinical consideration and professional judgement should be applied to any drug of abuse test, particularly when preliminary positive results are used. This screening test alone should not be used for non-medical purposes, such as employment or legal testing.
Please call the lab if further confirmatory testing is desired.

The cut-off concentrations of the tested drugs by this assay are

Report:PAB120
12/19/2013 13:44:45
Requested By: S539746

Lab Results
YAKIMA REGIONAL
110 SOUTH 9TH AVENUE
YAKIMA      WA 98902

Coid: 876
Page:2

## LAB RESULTS

as follows: Benzodiazepines - 150 ng/mL; Cocaine (Benzoylecgonine)- 150 ng/mL; Amphetamines - 500 ng/mL; Methamphetamines - 500 ng/mL; THC - 50 ng/mL; Opiates (morphine) - 100 ng/mL; Methadone - 200 ng/mL; Barbiturates - 200 ng/mL; TCA - 300 ng/mL; Oxycodone - 100 ng/mL;Phencyclidine - 25 ng/mL; Propoxyphene - 300 ng/mL; Buprenorphine - 10 ng/mL.
Device ID                     2001                    mL
--------------------------------------------------------------------------------
---------------------------------------------

| | | |
|---|---|---|
| Report:PAB120<br>12/19/2013 13:44:45<br>Requested By: S539746 | Radiology Results<br>YAKIMA REGIONAL<br>110 SOUTH 9TH AVENUE<br>YAKIMA    WA 98902 | Coid: 876<br>Page:1 |

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD CT MAXILLOFACIAL W/O CONT
**Medical Record Number:** 0001085741    **Account:** 8713912    **Patient Name:** HOMER, LISA A
**Status:** Final    **DOB:** 04/18/1971    **Gender:** FEMALE
**Result Date/Time:** 09/16/2013 08:45    **Order Date:** 08/24/2013    **Order #:** 4351341
     **Order Time:** 00:30    **Admit Date:** 08/24/2013

**PHYSICIANS Dictating:** GOUVEIA, JOSEPH P    **Signature:** GOUVEIA, JOSEPH P

**RESULT TEXT**
ASSAULT
Reason;assualt; Pt pregnant?;NO;  Bed Name: 5
Procedure Acknowledge Date: 08/24/2013 01:07 AM


EXAM: MAXILLOFACIAL CT.
TECHNIQUE: Multidetector images were obtained through the
maxillofacial structures with multiple reconstructions.
FINDINGS: The visualized sinuses and mastoids are clear.  The zygoma,
frontozygomatic processes and orbital floors are intact.  There is no
evidence for any orbital emphysema.  Mildly engorged turbinates on
the left.  Ostiomeatal complexes are patent.  No mandibular fracture
is identified.  The axial images demonstrate a nonfused C1 anterior
arch but otherwise no acute abnormalities.
IMPRESSION:
NO ACUTE MAXILLOFACIAL ABNORMALITIES EVIDENT.
NOTE: Virtual Radiologic report has been reviewed.
63100761/0924


DT: 08/24/2013 09:58 AM    Dictated By: GOUVEIA, JOSEPH P MD
DF: 09/16/2013 08:45 AM    Signed By: GOUVEIA, JOSEPH P MD
---------------------------------------------

```
Report:PAB120                          Radiology Results                         Coid: 876
12/19/2013 13:44:45                    YAKIMA REGIONAL                           Page:1
Requested By: S539746                  110 SOUTH 9TH AVENUE
                                       YAKIMA     WA 98902
```

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD CT HEAD/BRAIN W/O CONTRAST
**Medical Record Number:** 0001085741   **Account:** 8713912        **Patient Name:** HOMER, LISA A
**Status:** Final                        **DOB:** 04/18/1971         **Gender:** FEMALE
**Result Date/Time:** 09/16/2013 08:45   **Order Date:** 08/24/2013  **Order #:** 4351340
                                         **Order Time:** 00:30       **Admit Date:** 08/24/2013

**PHYSICIANS Dictating:** GOUVEIA, JOSEPH P          **Signature:** GOUVEIA, JOSEPH P

### RESULT TEXT
ASSAULT
Reason;assault; Pt pregnant?;NO;  Bed Name: 5
Procedure Acknowledge Date: 08/24/2013 01:07 AM

EXAM: CT OF THE HEAD.
TECHNIQUE: Multidetector images were obtained through the head with multiple reconstructions.
FINDINGS:
SULCI: Unremarkable.
VENTRICLES: Unremarkable.
VASCULAR: Unremarkable.
CEREBRUM: Unremarkable.
CEREBELLUM: Unremarkable.
BRAIN STEM: Unremarkable.
PITUITARY: Unremarkable.
SINUSES: Unremarkable.
MASTOID AIR CELLS: Unremarkable.
CALVARIUM: Unremarkable.
DURA: Unremarkable.
IMPRESSION:
NO ACUTE INTRACEREBRAL CT ABNORMALITY IS IDENTIFIED.
NOTE: Virtual Radiologic report has been reviewed.
63100777/0925

DT: 08/24/2013 10:34 AM    Dictated By: GOUVEIA, JOSEPH P MD
DF: 09/16/2013 08:45 AM    Signed By: GOUVEIA, JOSEPH P MD
-------------------------------------------