# I.S.A.E.
## Court Related Education Programs™

## CERTIFIES THAT

Lisa Boisselle

## ATTENDED
## Discovering Better Choices Online



**I.S.A.E.**
Court Related Education Programs

_____ 3/9/2022
Signature                          Date

Without I.S.A.E. red ink stamp and facilitator's signature, this certificate is not valid.

**Case#** 21-MJ-657 (GMH)  **Court** SELF REFERRED - NO COURT, COLORADO

**Reg:** 285537



850 E. 73rd Avenue - Unit 2 - Denver Colorado 80229
303-433-1900 * FAX 303-455-6012 * Toll Free 1-888-565-1900
Jeffery T. White, President



EXHIBIT
**J**

Copyright 1988-2016 I.S.A.E. All rights reserved.