# PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA

US District Court Team 1
333 Constitution Avenue, NW Rm 2507
Washington, DC 20001
Phone: (202) 442-1000 | Fax: 202-442-1001

## Release Of Document

I, Lisa A. Homer, acknowledge receipt of the following documents: Passport from Christine . Schuck on 11/10/2022.

*[Signature]* Lisa A. Homer   *I approve their terms*

*Supersure Transferred to Colorado*

*[Signature]* CHRISTINE . SCHUCK   *[Signature] Karlene Anderson*

The above referenced documents(s), surrendered on 1/11/2022 is/are herewith returned upon satisfactory evidence that Case Number #: CR22-000238 US/DC v. N/A, reached a final disposition of on 8/9/2022, according to . Return has been authorized by the Honorable .

CC:   Defendant
      PSA Files